CHARLOTTE EPPS, Respondent, *v.* MAY PRICE et al., as Executors of JULIA MAKLEY et al., Appellants.

*Contract — when daughter may enforce against mother's estate agreement by mother that daughter should receive her distributive share of mother's estate upon latter's death in return for care and management of house.*

*Epps* v. *Price,* 186 App. Div. 920, affirmed.

(Argued October 19, 1920; decided November 16, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 23, 1918, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action was to recover plaintiff's distributive share of the real and personal property of which her mother died seized. The complaint alleged an oral contract between the mother and daughter by the terms of which the daughter agreed to return to her mother's house and manage and take care of the same in consideration of the mother's promise that upon her death the daughter should receive her full distributive share of all the property of which the mother should die seized. The complaint further alleged that plaintiff had performed the agreement on her part but that she had been practically disinherited by her mother's will.

*Lewis E. Carr* and *Charles C. Flaesch* for appellants.

*George L. Bockes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, CRANE and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., CARDOZO and McLAUGHLIN, JJ.